698 A.2d 589

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Antuan BRONSHTEIN, Petitioner.**

**No. 0088 Capital Appeal Docket.**

Supreme Court of Pennsylvania.

July 28, 1997.

## ORDER

PER CURIAM.

AND NOW, this 28th day of July, 1997, upon consideration of petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, and the Commonwealth's concurrence with this

application, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Bronshtein,* 547 Pa. 460, 691 A.2d 907 (1997).